IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-40162
Conference Calendar
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

STEPHEN CHARLES ALLEN,

                                        Defendant-Appellant.


- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:94-CR-22-4
- - - - - - - - - -
December 19, 1995
Before DAVIS, STEWART, and PARKER, Circuit Judges.

PER CURIAM:[*]

    Appellant appeals from the district court's sentence of 33 months' imprisonment.  He argues that the district court's decision to depart upward from the sentencing guidelines was unreasonable and that the court failed to explain adequately its reasons for departing.  We have reviewed the record and the district court's reasons for departing and find no reversible error.  Accordingly, appellant's sentence is AFFIRMED.

_____

    [*]    Local Rule 47.5.1 provides:  "The publication of opinions that merely decide particular cases on the basis of well-settled principles of law imposes needless expense on the public and burdens on the legal profession."  Pursuant to that Rule, the court has determined that this opinion should not be published.